# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2262

_____

BRYAN E. HUNT,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 2, 2026


PER CURIAM.

    DENIED.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Bryan E. Hunt, pro se, Petitioner.

No appearance for Respondent.